UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS VACATION HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, and LABORERS TRAINING AND TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                        Plaintiffs,<br><br>   v.<br><br>ERIC LAMAR JONES, doing business as ON THE LEVEL CONCRETE and TOP OF THE LINE CONCRETE,<br><br>                        Defendant. | No. 4:25-cv-3572-KAW<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>[*Filed concurrently with Joint Stipulation for Dismissal with Prejudice*]<br><br>Date:    May 20, 2025<br>Judge:  Hon. Kandis A. Westmore |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

ORDER GRANTING DISMISSAL WITH PREJUDICE
Case No. 4:25-cv-3572-KAW

**ORDER GRANTING DISMISSAL**

Pursuant to the Joint Stipulation for Dismissal with Prejudice by the parties and Federal Rules of Civil Procedure 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice. The clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 1/7/2026

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

160187\1627759

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

1
ORDER GRANTING DISMISSAL WITH PREJUDICE
Case No. 4:25-cv-3572-KAW